NUMBER 13-00-440-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


PLUTARCO LOREDO
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from County Court at Law No. 2 


of Cameron County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden and Justices Dorsey and

Rodriguez

Opinion Per Curiam



 Appellant, PLUTARCO LOREDO, attempted to perfect an appeal
from a judgment entered by County Court at Law No. 2 of Cameron
County, Texas. Sentence in this cause was imposed on March 23,
2000. A timely motion for new trial was filed on April 20, 2000. The
notice of appeal was due to be filed on June 21, 2000, but was not filed
until July 3, 2000. Said notice of appeal is untimely filed. 

 Tex. R. App. P. 26.3 provides that the court of appeals may grant
an extension of time for filing notice of appeal if such notice is filed
within fifteen days of the last day allowed and within the same period
a motion is filed in the court of appeals reasonably explaining the need
for such extension. Appellant failed to file his notice of appeal and
motion requesting an extension of time within such period. 

 The Court, having considered the documents on file and
appellant's failure to timely perfect his appeal, is of the opinion that the
appeal should be dismissed for want of jurisdiction. The appeal is
hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 10th day of August, 2000.